UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. HOHMANN, BM3215,<br>　　　　Plaintiff,<br>　　v.<br>ROB ST. ANDRE, Warden, et al.,<br>　　　　Defendant(s). | Case No. 24-cv-08766-CRB (PR)<br><br>**ORDER OF TRANSFER**<br><br>(ECF No. 2) |

　　　　Plaintiff, a prisoner at High Desert State Prison in Susanville, California, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Lassen, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

　　　　Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action and the motion for leave to proceed in forma pauperis therein (ECF No. 2) be TRANSFERRED to the United States District Court for the Eastern District of California.

　　　　The clerk shall transfer this matter forthwith.

　　　　**IT IS SO ORDERED**.

Dated: December 11, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge