UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. HOHMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB St. ANDRE, et al.,<br><br>    Defendants. | No.  2:24-3467 DJC CSK P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 23, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 13) are adopted in full; and

2. This action is dismissed without prejudice based on plaintiff's failure to exhaust administrative remedies.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/hohm24cv3467.800

2